IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
_____ DIVISION

**Ms. Janelle (Mary) Williams**
(Enter Above the Name of the Plaintiff in this Action)

vs.

**Excel Development Co., Inc.**
(Enter above the name of the Defendant in this Action)

If there are additional Defendants, please list them:

_____
_____
_____

RECEIVED
OCT 30 2024
RICHARD W. NAGEL
Clerk Of Court
CINCINNATI, OHIO

24CV625
J. COLE
M.J. LITKOVITZ

**COMPLAINT**

I. Parties to the action:

Plaintiff: Place your name and address on the lines below. The address you give must be the address where the court may contact you and mail documents to you. A telephone number is required.

**Ms. Janelle (Mary) Williams**
Name - Full Name Please - PRINT

**4913 Relleum Ave., #3**
Street Address

**Cincinnati, OH    45238**
City, State and Zip Code

**(859) 757-9048**
Telephone Number

If there are additional Plaintiffs in this suit, a separate piece of paper should be attached immediately behind this page with their full names, addresses and telephone numbers. If there are no other Plaintiffs, continue with this form.

Defendant(s):

Place the name and address of each Defendant you listed in the caption on the first page of this Complaint. This form is invalid unless each Defendant appears with full address for proper service.

1. __EXCEL DEVELOPMENT CO., INC.__
   Name - Full Name Please
   __2403 Auburn Ave., Cincinnati, OH 45219__
   Address: Street, City, State and Zip Code

2. _____

3. _____

4. _____

5. _____

6. _____

If there are additional Defendants, please list their names and addresses on a separate sheet of paper.

II. Subject Matter Jurisdiction

Check the box or boxes that describes your lawsuit:

☑ Title 28 U.S.C. § 1343(3)
   [A civil rights lawsuit alleging that Defendant(s) acting under color of State law, deprived you of a right secured by federal law or the Constitution.]

☐ Title 28 U.S.C. § 1331
   [A lawsuit "arising under the Constitution, laws, or treaties of the United States."]

☐ Title 28 U.S.C. § 1332(a)(1)
   [A lawsuit between citizens of different states where the matter in controversy exceeds $75,000.]

☐ Title ____ United States Code, Section _____
   [Other federal status giving the court subject matter jurisdiction.]

III. Statement of Claim

Please write as briefly as possible the facts of your case. Describe how each Defendant is involved. Include the name of all persons involved, give dates and places.

Number each claim separately. Use as much space as you need. You are not limited to the papers we give you. Attach extra sheets that deal with your statement claim immediately behind this piece of paper.

On 05-26-24 at 4913 Relleum Ave., Cinti, OH 45238., Mr. William Simms daughter spoke to me saying "Someone's things are scattered in the basement." I told her I got a lock on my unit. Then a few minutes passed and I've decided to go to the basement anyway. When I've got to the basement, I found my storage unit was broken into and my items was scattered on the floor. While I was in the basement, Mr. William Simms stated to me that, "Nobody didn't steal nothing". While being in a traumatized state of mind. The property owners are required by law to keep their property SAFE.

1) A premises Liability claim
2) A personal Liability claim
They violated a statute that is designed to protect against harm caused by their conduct.

IV. Previous lawsuits:

If you have been a Plaintiff in a lawsuit, for each lawsuit state the case number and caption. (Example, Case Number: 2:08-cv-728 and Caption: John Smith vs. Jane Doe).

| Case Number | Caption |
|---|---|
| ———— | ———— vs. ———— |
| ———— | ———— vs. ———— |
| ———— | ———— vs. ———— |

V. Relief

In this section please state (write) briefly exactly what you want the court to do for you. Make no legal argument, cite no case or statutes.

I'm asking the court for "damages" money to pay for any harm that I suffered. I also is asking for punitive damages for gross negligence.

I state under penalty of perjury that the foregoing is true and correct. Executed on this 16 day of October, 2024.

X Janelle Wms
Signature of Plaintiff