AO 450 (Rev. 11/11)   Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of Ohio

| | | |
|---|---|---|
| Ms. Janelle (Mary) Williams | ) | |
| *Plaintiff* | ) | |
| v. | ) | Civil Action No. 1:24-cv-625 |
| Excel Development Co., Inc. | ) | |
| *Defendant* | ) | |

## JUDGMENT IN A CIVIL ACTION

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ % per annum, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____ .

☒ other: the R&R (Doc. 4) is largely adopted and Williams' Complaint (Doc. 3) is dismissed without prejudice for lack of subject-matter jurisdiction. The Court also certifies, pursuant to 28 U.S.C. § 1915(a)(3), that an appeal of this Order would not be made in good faith, thereby denying Williams leave to appeal IFP. But as a non-prisoner, Williams may nonetheless apply to proceed IFP in the Sixth Circuit Court of Appeals.

This action was *(check one)*:

☐ tried by a jury with Judge _____ presiding, and the jury has rendered a verdict.

☐ tried by Judge _____ without a jury and the above decision was reached.

☐ decided by Judge _____ on a motion for

Date: 1/16/25

CLERK OF COURT

*Signature of Clerk or Deputy Clerk*